UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIZABETH RUBALCAVA,<br>Defendant. | Criminal Case No. 08CR1319-JLS<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 656<br>Theft of Bank Funds |

The grand jury charges:

Count 1

On or about August 26, 2006, in the Southern District of California, defendant ELIZABETH RUBALCAVA, being an employee of Bank of America, 1350 E. Valley Parkway, Escondido, California, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to injure or defraud said bank, knowingly and willfully did embezzle and purloin approximately $78,123.47 of moneys, funds, assets or securities intrusted to the custody or care of such institution, in violation of Title 18, United States Code, Section 656, a felony.

DATED: April 30, 2008.

KAREN P. HEWITT
United States Attorney

By: ______________________
DAVENE L. FINNEL
Spec. Assistant U.S. Attorney