AO 455(Rev. 5/85) Waiver of Indictment

FILED
APR 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ELIZABETH RUBALCAVA

WAIVER OF INDICTMENT

CASE NUMBER: 08CR1319-JLS

I, ELIZABETH RUBALCAVA, the above named defendant, who is accused of violating Title 18, United States Code, Section 656– Embezzlement by Bank Employee (Felony), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on April 30, 2008, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before JUDICIAL OFFICER