KAREN P. HEWITT
United States Attorney
DAVENE L. FINNEL
Special Assistant U.S. Attorney
Indiana State Bar No. 19793-49
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6775

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIZABETH RUBALCAVA,<br>Defendant. | Criminal Case No. 08cr1319-JLS<br><br>STIPULATION TO WAIVE PRE-SENTENCE REPORT AND REQUEST IMMEDIATE SENTENCING |

IT IS STIPULATED between plaintiff, UNITED STATES OF AMERICA, through its attorney, Davene L. Finnel, Special Assistant United States Attorney, and defendant ELIZABETH RUBALCAVA, through her counsel, Erica K. Zunkel, Federal Defender’s Inc., that preparation of a Pre-sentence Report is waived and the parties request the preparation of a Criminal History Report for purposes of sentencing. The parties also stipulate to and request immediate sentencing.

Therefore, it is requested that the sentencing hearing in Criminal Case No. 08CR1319-JLS scheduled for July 18, 2008, at 9:00 a.m. be vacated and reset for May 30, 2008, at 9:00 a.m.

4/30/2008
DATED

/s/ Erica K. Zunkel
Erica K. Zunkel
Attorney for Defendant

4/30/2008
DATED

/s/ Davene L. Finnel
Davene L. Finnel
Special Assistant U.S. Attorney